UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

MARIO VINA,

Plaintiff,

vs.                                          Case No.: 11-20797-CIV-Lenard/Turnoff

CREDITORS FINANCIAL GROUP LLC,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: June 10, 2011                 Respectfully submitted,

                                     /s Andrew I. Glenn
                                     Andrew I. Glenn
                                     E-mail: AGlenn@cardandglenn.com
                                     Florida Bar No.: 577261
                                     J. Dennis Card, Jr.
                                     E-mail:DCard@cardandglenn.com
                                     Florida Bar No. 0487473
                                     Card & Glenn, P.A.
                                     2501 Hollywood Boulevard, Suite 100
                                     Hollywood, Florida 33020
                                     Telephone: (954) 921-9994
                                     Facsimile: (954) 921-9553
                                     Attorneys for Plaintiff